UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANALBERT SIEGRIST,<br><br>     Plaintiff,<br><br>     v.<br><br>J.J. JOHNSON, et al.,<br><br>     Defendants. | Case No.: 1:10-cv-01976-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT NGUYEN<br><br>[ECF Nos. 57, 59] |

     Plaintiff Vanalbert Siegrist is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     This action is proceeding against Defendants Licensed Vocational Nurse Stringer and Doctor Nguyen on Plaintiff's claim of deliberate indifference to a serious medical need in violation of the Eighth Amendment.[1]

     On September 3, 2015, Defendant Stringer filed an answer to the complaint, and a discovery and scheduling order was issued on September 4, 2015.  (ECF Nos. 56, 57.)

     On October 19, 2015, Defendant Nguyen filed an answer to the complaint.  (ECF No. 59.)

///

---

[1] Defendant Dutra was dismissed from the action for Plaintiff's failure to exhaust the administrative remedies (ECF No. 55), and Defendant Johnson was dismissed from the action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (ECF No. 52.)

1  In light of the fact that the discovery and scheduling order was issued prior to the filing of
2  Defendant Nguyen's answer, Defendant Nguyen is advised that the discovery and scheduling order
3  issued September 4, 2015, is extended and made applicable to him as well as Defendant Stringer.

5  IT IS SO ORDERED.

6  Dated:   **October 20, 2015**

                                                     UNITED STATES MAGISTRATE JUDGE