UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANALBERT SIEGRIST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.J. JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01976-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FILED MARCH 7, 2016<br><br>[ECF No. 66] |

　　　　Plaintiff Vanalbert Siegrist is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 16, 2016, Plaintiff filed a motion to compel discovery.  (ECF No. 62.)  On March 1, 2016, Defendants filed a reply to Plaintiff's motion to compel.  (ECF No. 64.)

　　　　On March 7, 2016, Plaintiff filed a further motion to compel discovery.  (ECF NO. 66.)  Defendants have not filed an opposition to statement of non-opposition to Plaintiff's second motion to compel pursuant to Local Rule 230(l).

　　　　Defendants are HEREBY DIRECTED to file an opposition or statement of non-opposition to Plaintiff's second motion to compel within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　__**April 4, 2016**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1